# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

General Mills Operations, LLC,

                Plaintiff,

                                      Civ. No. 10-15 (RHK/JJG)
                                      **ORDER**

v.

Five Star Custom Foods, Ltd.,

                Defendant.

---

      This matter is before the Court *sua sponte*. Plaintiff has filed a Motion for Entry of Judgment and Award of Prejudgment Interest and Additional Attorney's Fees (Doc. No. 114), which has now been fully briefed. Having reviewed the parties' submissions, the Court does not believe that oral argument will materially assist its resolution of the Motion. Accordingly, **IT IS ORDERED** that the hearing on the Motion, currently scheduled for Friday, February 24, 2012, is **CANCELED**. The Motion is deemed submitted as of February 10, 2012, the date of Plaintiff's Reply Memorandum.

Dated: February 13, 2012                                          s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge