**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| General Mills Operations, LLC, f/k/a<br>General Mills Operations, Inc., | Civ. No. 10-15 (RHK/JJG) |
| Plaintiff, | |
| vs. | **ORDER APPROVING SUPERSEDEAS<br>BOND AND STAYING ENFORCEMENT<br>OF JUDGMENT** |
| Five Star Custom Foods, Ltd., | |
| Defendant and Third-Party Plaintiff, | |
| vs. | |
| Westland Meat Company, Inc. d/b/a<br>Hallmark Meat Packing Co., and Hallmark<br>Meat Packing, Inc., | |
| Third-Party Defendants. | |

---

The Court having considered Defendant's Motion for Approval of Supersedeas Bond and for Order Staying Enforcement of Judgment (Doc. No. 130), together with the exemplar Bond attached thereto, and noting that Plaintiff does not oppose the form or amount of the bond, **IT IS ORDERED** that the Supersedeas Bond (Bond No. 9063504) obtained on behalf of Five Star Custom Foods, Ltd., as principal, and written by Fidelity and Deposit Company of Maryland, as surety, is **APPROVED** as to form and amount. It is further **ORDERED** that all proceedings to enforce the February 24, 2012 Judgment (Doc. No. 129) in this matter are **STAYED** pending completion of appellate proceedings.

Date: March 26, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge